# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF GEORGIA

# STATESBORO DIVISION

| | | |
|---|---|---|
| SESOLINC GRP, INC. | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | Case No. CV615-025 |
| METAL-CON, INC, | ) | |
| LARISCY MECHANICAL | ) | |
| FABRICATORS, and | ) | |
| DERON EDWIN LARISCY, | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

Plaintiff Sesolinc GRP, Inc.'s Motion to Compel discovery from the defendants in this case is unopposed under S.D.Ga.Loc.R. 7.5 (no response means no opposition), and therefore **GRANTED**. Doc. 39.

**SO ORDERED**, this __8th__ day of September, 2016.

_____
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA