```
IN THE UNITED STATES DISTRICT COURT
  FOR THE SOUTHERN DISTRICT OF GEORGIA
            STATESBORO DIVISION
```

SESOLINE GRP, INC.,           \*
                              \*
        Plaintiff,            \*
                              \*
v.                            \*       CV 615-025
                              \*
METAL-CON, INC.,              \*
                              \*
        Defendant.            \*

## ORDER AND NOTICE OF
## PRETRIAL PROCEEDINGS

**IT IS ORDERED** that lead counsel for the parties in the captioned case are instructed to meet and confer, in person, and prepare and file with the Clerk of this Court a joint <u>consolidated</u> proposed pretrial order. The proposed pretrial order must be filed by the close of business on **Friday, June 16, 2017**. Counsel for the <u>plaintiff</u> has the responsibility to initiate compliance herewith.

The form of the proposed pretrial order can be located at the Court's website www.gas.uscourts.gov under "District Court"/"Forms". A party's failure to comply with the requirements of this Order may result in dismissal of the complaint or answer or other sanctions determined appropriate by the Court. The Court will not accept for filing any proposed pretrial order prepared only from telephone conversations. The proposed pretrial order must include a paragraph stating the date and location of the meeting, the duration of the meeting, and the names of all counsel or parties participating. Proposed pretrial orders that are not

consolidated (proposed jointly) will not be accepted for filing without the written permission of the Court. If any party in this case is not represented by counsel, such party is obligated to comply with the requirements of this Order in the same manner as counsel.

All evidentiary objections and motions in limine that have not been resolved prior to the pretrial conference must be submitted in writing by the close of business on **July 7, 2017**. All responses to motions in limine must submitted by the close of business on **July 21, 2017**.

The Clerk of the Court has scheduled a pretrial conference for **Wednesday, August 2, 2017, at 10:00 a.m.** and jury selection and trial assignment for **Monday, August 7, 2017, at 9:00 a.m.** At the pretrial conference, the Court will take up any pending motions and will approve, disapprove, or direct amendment of the proposed pretrial order. All trial exhibits (in digital format) and an exhibit list must be provided to the Court at the pretrial conference. Lead counsel for each party must attend the pretrial conference.

**ORDER ENTERED** at Augusta, Georgia, this 20th day of March, 2017.

HONORABLE J. RANDAL HALL
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA

2