IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

SESOLINC GRP, INC., *
　　　　　　　　　　　　　*
　　Plaintiff, *
　　　　　　　　　　　　　*
v. *
　　　　　　　　　　　　　*　　CV 615-025
METAL-CON, INC. et al., *
　　　　　　　　　　　　　*
　　Defendants. *

O R D E R

On May 9, 2016, the Court extended discovery in this case until August 8, 2016. (Doc. 38.) Dispositive motions therefore were due on September 7, 2016. Nevertheless, Defendants filed a motion for summary judgment on May 3, 2017. (Doc. 42.) Because Defendants' motion is more than 200 days late, it is **DENIED**.

**ORDER ENTERED** at Augusta, Georgia this 31st day of May, 2017.

_____
J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA