IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

SESOLINC GRP, INC.,

 Plaintiff,

v.

METAL-CON, INC. et al.,

 Defendants.

CV 615-025

# O R D E R

Plaintiff filed this case in March 2015. (Doc. 1.) Since then, at the parties' request, the Court has amended the scheduling order five times. (Docs. 30, 32, 34, 36, 38.) Under the latest amended scheduling order, discovery closed on August 8, 2016, and dispositive motions were due September 7, 2016. (Doc. 38.) After discovery closed and the parties did not timely file any dispositive motions, the Court set this case for trial for the week of August 7, 2017. (Doc. 41.) On May 3, 2017, Defendants filed a motion for summary judgment (doc. 42), which the Court denied as untimely (doc. 48). In response to the Court's denial of their motion for summary judgment, Defendants now ask the Court to retroactively extend the dispositive-motions deadline by nine months. (Doc. 49.) But

because good cause does not exist, see Fed. R. Civ. P. 16(b)(4), the Court **DENIES** Defendants' motion.

**ORDER ENTERED** at Augusta, Georgia this 9th day of June, 2017.

_____
J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA